IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TYRONE A. ANDREWS,            )
                              )
          Plaintiff,          )
                              )
     v.                       )     1:24CV925
                              )
DUKE ENERGY et al.,           )
                              )
          Defendants.         )

## ORDER

On October 17, 2025, the Memorandum Opinion, Order and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiff objected to the Recommendation. (Doc. 7.)

The court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.[1]

IT IS THEREFORE ORDERED that action is DISMISSED under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

---

[1] Plaintiff objects on the grounds that he is not bringing a claim challenging Duke Energy as a monopoly, but rather that it is "about how the Defendants handled the Administrative hearing." (Doc. 7.) Nevertheless, his complaint fails to demonstrate either this court's jurisdiction or any claim.

                                    /s/   Thomas D. Schroeder
                                  United States District Judge

December 9, 2025